Form 274

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10387

IN THE MATTER OF:
Tammy Dee Tillison     xxx−xx−3951
2720 Alpha St
High Point, NC 27263

    Debtor(s)

PLEASE TAKE NOTICE THAT a Confirmation Hearing will be held at:

 Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401

on 7/1/14 at 02:00 PM

to consider and act upon the following:

Objection to Confirmation of Plan. Filed by Trustee Anita Jo Kinlaw Troxler.

Dated: 5/29/14                                                                                OFFICE OF THE CLERK/ mtg

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.